

Mary A. Schott
Clerk of Court

Entered on Docket
June 03, 2020

NVB 3011−1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−17−16780−abl |
| | CHAPTER 13 |
| DANIEL HONSBERGER | |
| Debtor(s) | ORDER GRANTING APPLICATION TO DEPOSIT UNCLAIMED FUNDS |

On , the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###