Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
702-853-4500

# UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEVADA

## **CERTIFICATE OF SERVICE**

IN RE:  Daniel Honsberger
CASE NO: BKS-17-16780-abl

    I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on  Tuesday, June 09, 2020 , I provided a copy of the Chapter 13 Standing Trustee' Final Report and Account to each of the following by:

**[x] a. United States mail, via First Class United States Mail, postage fully prepaid.**

   See EXHIBIT A for mailing matrix

**[x] b. ECF System:**

  â€¢RORY J. VOHWINKEL     bknotices@vohwinkellaw.com, vohwinkelrr96661@notify.bestcase.com
  â€¢RICK A. YARNALL     ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

 

**/s/Cindy Coons**
**Cindy Coons, an Employee of**
**RICK A. YARNALL**
**Chapter 13 Bankruptcy Trustee**

<u>**CERTIFICATE OF SERVICE**</u> - EXHIBIT A - Mailing Matrix

DANIEL HONSBERGER  5233 SAND DOLLAR AVE LAS VEGAS, NV 89141-8629